## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DEBRA D. HESS,           )
                                     )
        Plaintiff,        )
                                     )
vs.                           )    Case No. CIV-04-1459-F
                                   )
JO ANNE B. BARNHART,    )
Commissioner of Social Security    )
Administration,          )
                                   )
        Defendant.    )

## ORDER

This matter is brought under 42 U.S.C. § 405(g), providing for judicial review of the final decision of the Commissioner of Social Security Administration.  On June 21, 2005, Magistrate Judge Gary M. Purcell issued a Report and Recommendation proposing that this court affirm the Commissioner's decision denying plaintiff's applications for disability insurance, supplemental security income, and disabled widow's benefits, under Titles II and XVI of the Social Security Act, 42 U.S.C. §416(i), 423, 1382c.  (Docket entry no. 18.)

Plaintiff objects to the findings and recommendations stated by the magistrate judge based on two main points, each of which plaintiff supports with several arguments.  As required by 28 U.S.C. §636, the court has reviewed all objected to matters *de novo* and has also reviewed all other matters addressed in the magistrate judge's findings and recommendations.

Having carefully considered the magistrate judge's findings and recommendations, the record, the parties' submissions, and the relevant arguments and authorities, the court finds and concludes that none of the matters presented in

plaintiff's objections support any findings or determinations different from those found or recommended by the magistrate judge and that no purpose would be served by restating the magistrate judge's analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Purcell is **ACCEPTED** and **ADOPTED**, and the Commissioner's decision denying plaintiff's applications for disability insurance, supplemental security income, and disabled widow's benefits, is **AFFIRMED**.  Plaintiff's applications for benefits are hereby **DENIED**.

Dated this 30th day of June, 2005.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1459p002(pub).wpd